**Ismael Carrazco GUTIERREZ,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 07–70032.

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 9, 2010.

Ismael Carrazco Gutierrez, Costa Mesa, CA, pro se.

Julie M. Iversen, Trial, Jeffrey Lawrence Menkin, Trial, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Ismael Carrazco Gutierrez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reissue. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Perez v. Mukasey,* 516 F.3d 770, 773 (9th

Cir.2008), we grant the petition for review and remand.

The BIA abused its discretion by failing to specifically address Carrazco Gutierrez's allegations that he did not receive notice of the BIA's May 12, 2006, order. *See Singh v. Gonzales,* 494 F.3d 1170, 1172–73 (9th Cir.2007) (presumption of proper mailing may be overcome by evidence of non-receipt by petitioner or counsel). We remand for the BIA to address Carrazco Gutierrez's allegations of non-receipt in the first instance and determine whether it is sufficient to overcome the presumption of mailing. *See id.*

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

